# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CARNELL PORTER and STANLEY NIXON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. CV408-182 |
| BILLY CUNNINGHAM, GREGORY ERNST, CHADWICK HUGHES, SEAN ORGAN, and ANTONIO TAHARKA, ) ) ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _8th_ day of _January_, 2009.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA